

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-21-00082-CV

_____

IN RE J.P., Relator

---

Original Proceeding
233rd District Court of Tarrant County, Texas
Trial Court No. 233-511080-12

---

Before Sudderth, C.J.; Kerr and Womack, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of habeas corpus and motion for emergency relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and motion for emergency relief are denied.

Per Curiam

Delivered:  April 6, 2021